USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                          :

SANDRA COLLINS,                       :

              Plaintiff,      :

                       :            19-cv-10541 (LJL)

      -v-               :

                       :            ORDER

WESTFALL LAW, PLLC ET AL,    :

             Defendants.  :

                       :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This case has been randomly reassigned to me for all purposes. It is hereby:

ORDERED that previously-set motions deadlines, as well as the previously-set final pretrial conference, are CANCELLED. The March 20, 2020 deadline for completion of discovery remains in place.

IT IS FURTHER ORDERED that the parties shall appear for a post-discovery conference on April 23, 2020 at 2:00 p.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

In advance of the conference and no later than April 9, 2020, any party intending to move for summary judgment shall file on ECF a letter, not to exceed three pages in length, setting forth the basis for the anticipated summary judgment motion, including the legal standards and elements governing the claims at issue. Any party intending to oppose that motion shall file on ECF a letter, not to exceed three pages in length, setting forth anticipated arguments in opposition by April 16, 2020. The content and timing for any anticipated motions for summary judgment will be discussed at the April 23, 2020 status conference.

The deadline for submission of a Joint Pretrial Order will also be discussed at the April 23, 2020 conference.

SO ORDERED.

Dated: February 13, 2020        _____
      New York, New York           LEWIS J. LIMAN
                           United States District Judge