USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SANDRA COLLINS, :
:
Plaintiff, :
: 19-cv-10541 (LJL)
-v- :
: ORDER
WESTFALL LAW, PLLC ET AL, :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a telephonic conference to discuss the Settlement Agreement (Dkt. No. 16) and, in particular, the redaction of the amount of the "Settlement Check."

    The conference shall take place on Friday, April 10 at 11:00 a.m. The parties are instructed to call (888) 251-2909 and use access code 2123101.

SO ORDERED.

Dated: April 6, 2020
       New York, New York                 _____
                                        LEWIS J. LIMAN
                                        United States District Judge