**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**SANDRA COLLINS,**

                                                                                Case No.: 1:19-cv-10541

                      **Plaintiff,**

     -against-

**WESTFALL LAW, PLLC, and**
**ETHAN MICHAEL PETERSON,**
                    **Defendants.**
-----------------------------------------------------------------X

## AGREED ORDER OF DISMISSAL AS TO ALL DEFENDANTS

     Plaintiff, SANDRA COLLINS, hereby voluntarily dismisses this action against Defendants WESTFALL LAW, PLLC and ETHAN MICHAEL PETERSON, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(2). Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties. An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

**SO ORDERED this __16th_____ day of ___April_____, 2020.**

_[signature]_

**Hon. Lewis J. Liman**
**District Judge**

3

AGREED BY:

Plaintiff SANDRA COLLINS

By: ___/s/_____
Ahmad Keshavarz
The Law Office of Ahmad

By: _[signature]_____
Mary McCune
Legal Services NYC

Defendants   WESTFALL LAW, PLLC and ETHAN MICHAEL PETERSON

By: _[signature]_____
Mitchell Ayes
Callahan & Fusco, LLP

4